## EDWARD RYAN *versus* JOSEPH CAMPAU, SURVIVOR OF ANTOINE DEQUINDRE AND FRANÇOIS PAUL MALCHER

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion for nonsuit *p. 479. *Journal 4:* (2) Motion for nonsuit MS p. 2; (3) rule for judgment of nonsuit MS p. 24.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) motion for nonsuit; (4) memo. of motion for nonsuit.

*1822–23 Calendar*, MS p. 151.

## JOSEPH CAMPAU *versus* HENRY BERTHELET

JOURNAL ENTRIES (1824–28): *Journal 3:* (1) Motion for judgment *p. 479. *Journal 4:* (2) Rule for judgment, jury to assess damages MS p. 95; (3) continued MS p. 140; (4) continued MS p. 185; (5) judgment confessed, judgment MS p. 230.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) declaration; (6) motion for default judgment; (7) stipulation for confession of judgment; (8) stipulation for entry of judgment; (9) warrant of attorney to enter satisfaction; (10) promissory note; (11–12) bills of exchange; (13–14) statements of accounts.

*1822–23 Calendar*, MS p. 154. Recorded in *Book C*, MS pp. 183–86.